# Russo *v.* Sharpsburg Boro., Appellant.

*Appeals—Exceptions—Assignments of error.*

1. A judgment on a verdict for plaintiff will not be reversed where none of the questions sought to be raised in the appellate court are supported by exceptions taken at the trial, or by proper assignments of error.

Argued October 19, 1923. Appeal, No. 167, Oct. T., 1923, by defendant, from judgment of C. P. Allegheny Co., April T., 1922, No. 2527, on verdict for plaintiff, in case of Philomena Russo v. Sharpsburg Borough. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Appeal dismissed.

Trespass for damages to real estate.    Before CARNA-HAN, J.

The opinion of the Supreme Court states the facts.

Verdict and judgment for plaintiff for $5,108.95.    Defendant appealed.

*Errors assigned* were to various rulings and instructions, without showing exceptions.

*E. A. Kraus, Jr.,* with him *W. S. Maxey,* for appellant.

*Howard Zacharias,* with him *Harry Shapera,* for appellee, was not heard.

PER CURIAM, January 7, 1924:

Plaintiff, in this action of trespass, recovered a verdict for damages to certain of her real property caused by what she claimed to be the unlawful acts of defendant borough; judgment was entered in her favor, and defendant has appealed.

None of the questions sought to be raised are supported by exceptions in the trial tribunal or by proper assignments of error in this court.

The appeal is dismissed.